# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**MAYVILLE PRODUCTS CORPORATION,**
    Plaintiff,

  v.                                   Case No. 07-C-296

**CCTV IMPORTS LLC,**
    Defendant.

---

## ORDER

Plaintiff filed this case on March 26, 2007. Pursuant to Fed. R. Civ. P. 4(m) plaintiff had 120 days from filing within which to effect service of the complaint upon the defendant. That time period expired on July 24, 2007, yet no proof of service has been submitted to the court to date. As no service appears to have been effected within the 120-day period, Rule 4(m) and Civil L.R. 41.1 allow me to dismiss the case without prejudice upon my own initiative after twenty days notice to the plaintiff. This order gives plaintiff that notice and will allow it a brief extension to secure service and file appropriate proof thereof.

**THEREFORE IT IS ORDERED** that plaintiff has 21 days from the date of this order (until October 10, 2007) within which to serve defendant <u>and</u> file proof of that service with the clerk of court. Plaintiff is hereby put on notice that if it fails to comply with this order this case will be dismissed.

Dated at Milwaukee, Wisconsin, this 19 day of September, 2007.

                                                 /s_____
                                                 LYNN ADELMAN
                                                 District Judge